1

2

3

4

5                         **UNITED STATES DISTRICT COURT**

6                        **EASTERN DISTRICT OF CALIFORNIA**

7

8    | **MAUDIE STOLL,** | **CASE NO. 1:22-CV-0910 AWI SAB** |

9    **Plaintiff**                        **ORDER RE: INTRADISTRICT**
                                          **TRANSFER TO SACRAMENTO**
10   **v.**

11   **RAQUEL PERRY, Does 1-100,**

12   **Defendants**

13

14

15          Plaintiff filed an unlawful detainer action in the Superior Court of California, County of

16   Sacramento.  The case concerns possession/occupation of 7441 Palmer House Drive, Sacramento,

17   CA 95828.  Defendant removed the case to the Eastern District of California, Fresno Division.

18   Eastern District of California Local Rule 120(d) states in relevant part that:

19          All civil and criminal actions and proceedings of every nature and kind cognizable
            in the United States District Court for the Eastern District of California arising in
20          Alpine, Amador, Butte, Colusa, El Dorado, Glenn, Lassen, Modoc, Mono, Nevada,
            Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Sutter,
21          Tehama, Trinity, Yolo, and Yuba counties shall be commenced in the United States
            District Court sitting Sacramento, California, and in Redding, California, or other
22          designated places within those counties as the Court shall designate when
            appropriate for Magistrate Judge criminal proceedings.
23
     As this case arises out of actions in Sacramento County, the proper venue is not the Fresno
24
     Division of the Eastern District of California, but rather the Sacramento Division.  Local Rule
25
     120(f) states that "Whenever in any action the Court finds upon its own motion, motion of any
26
     party, or stipulation that the action has not been commenced in the proper court in accordance with
27
     this Rule, or for other good cause, the Court may transfer the action to another venue within the
28

1  District."

2      Accordingly, it is ORDERED that this case is transferred to the Sacramento Division of the

3  Eastern District of California.

4

5

6  IT IS SO ORDERED.

7  Dated:   July 26, 2022   

   SENIOR   DISTRICT   JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2